In the Matter of the Claim of HENRY J. McGUCKIN, Respondent, against Estate of GEORGE BAKER, INC., Respondent, and ÆTNA LIFE INSURANCE COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Argued May 24, 1933; decided June 13, 1933.)

*Frank L. Ward* for appellant.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum, John R. O'Hanlon, Hector A. Robichon* and *Henry Epstein* of counsel), for State Industrial Board, respondent.

No opinion.

Concur: LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Dissenting: POUND, Ch. J., and CRANE, J. Not sitting: HUBBS, J.